# STATE OF ILLINOIS

# MEDICAL CERTIFICATE OF DEATH

STATE FILE NUMBER

REGISTERED DISTRICT NO. 10210

1. COUNTY OF DEATH: **Cook**

1f. DECEAS'D

6a. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY): **Chicago**

7. SOCIAL SECURITY NUMBER: **HERNANDO, MS**

13e. FATHER—NAME FIRST: **BATES**

13a. STATE: **Illinois**

13b. ZIPCODE: **160619**

15. INFORMANT'S NAME (TYPE OR PRINT): **Patricia Sifuentes Adm Clerk**

17a. PART I.

18. PART I.

CONDITIONS, IF ANY WHICH GIVE RISE TO IMMEDIATE CAUSE (a) STATING THE UNDERLYING CAUSE LAST.

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

Immediate Cause (Final disease or condition resulting in death)

Enter the diseases, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

(a) DUE TO, OR AS A CONSEQUENCE OF

(b) DUE TO, OR AS A CONSEQUENCE OF

(c)

20a. DATE OF OPERATION, IF ANY

20b. MAJOR FINDINGS OF OPERATION

21a. (DID) (DID NOT) ATTEND THE DECEASED AND LAST SAW HIM/HER ALIVE ON (MONTH, DAY, YEAR)

22a. SIGNATURE AND ADDRESS OF CERTIFIER

22b. NAME AND ADDRESS OF CERTIFIER (TYPE OR PRINT)

22c. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (TYPE OR PRINT)

FIRST: **Peggy**

MIDDLE

LAST: **Goodman**

SEX: **Female**

DATE OF DEATH (MONTH, DAY, YEAR): **April 05, 2006**

STATE FILE NUMBER

5a. AGE—LAST BIRTHDAY (YRS): **77**

5b. UNDER 1 YEAR — MOS. DAYS

5c. UNDER 1 DAY — HOURS MIN.

5d. DATE OF BIRTH (MONTH, DAY, YEAR)

6b. HOSPITAL OR OTHER INSTITUTION—NAME: **Advocate Trinity Hospital**

6c. Inpatient

IF HOSP, OR INST, INDICATE D.O.A., OPENER, RM, INPATIENT (SPECIFY)

8a. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY): **WIDOWED**

8b. NAME OF SURVIVING SPOUSE (MAIDEN NAME, IF WIFE)

9a. USUAL OCCUPATION

9b. KIND OF BUSINESS OR INDUSTRY: **RETAIL**

11a. DATA ENTRY

11b. RETAIL

12. EDUCATION (SPECIFY ONLY HIGHEST GRADE COMPLETED) Elementary/Secondary (0-12) College (1-4 or 5+): **College 2**

14a. RACE (WHITE, BLACK, AMERICAN INDIAN, etc.) (SPECIFY): **Black**

14b. OF HISPANIC ORIGIN? (SPECIFY NO OR YES-IF YES, SPECIFY CUBAN, MEXICAN, PUERTO RICAN, etc.) **NO**

16. MOTHER—NAME FIRST: **GEORGIA**

RELATIONSHIP

RESIDENCE (STREET AND NUMBER)

CITY, TOWN, TWP, OR ROAD DISTRICT NO.

MAILING ADDRESS (STREET AND NO, OR R.F.D., CITY OR TOWN, STATE, ZIP): **320 E 93rd St Chicago Il 60617**

13c. INSIDE CITY (YES/NO): **Yes**

13d. COUNTY: **Cook**

MIDDLE

(MAIDEN) LAST: **BOONE**

9. NO WAS DECEASED EVER IN U.S. ARMED FORCES? (YES/NO)

19a. AUTOPSY (YES/NO): **NO**

19b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH (YES/NO): **NO**

IF FEMALE, WAS THERE A PREGNANCY IN PAST THREE MONTHS? (YES/NO)

20c. YES ☐   NO ☐

21b. WAS CORONER OR MEDICAL EXAMINER NOTIFIED? (YES/NO): **NO**

21c. HOUR OF DEATH: **7:55 P.M.**

22b. DATE SIGNED (MONTH, DAY, YEAR)

22b. ILLINOIS LICENSE NUMBER

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

NOTE: IF AN INJURY WAS INVOLVED IN THIS DEATH THE CORONER OR MEDICAL EXAMINER MUST BE NOTIFIED.

23. NAME OF ATTENDING

24a. BURIAL

24b. CEMETERY OR CREMATORY—NAME: **MT. HOPE CEMETERY**

24c. LOCATION — CITY OR TOWN: **CHICAGO**   STATE: **ILLINOIS**

24d. DATE (MONTH, DAY, YEAR): **04/08/2006**

25a. FUNERAL HOME — NAME: **CARTER FUNERAL CHAPEL 2100 EAST 75th STREET**

STREET AND NUMBER OR R.F.D.   CITY OR TOWN: **CHICAGO**   STATE: **ILLINOIS**   ZIP: **60649**

25b. FUNERAL DIRECTOR'S/ILLINOIS LICENSE NUMBER: **25034-011821**

26a. LOCAL REGISTRAR'S SIGNATURE

26b. DATE FILED BY LOCAL REGISTRAR (MONTH, DAY, YEAR): **APR 12 2006**

23. BURIAL, CREMATION, REMOVAL (SPECIFY): **BURIAL**

---

STATE OF ILLINOIS
COUNTY OF COOK
CITY OF CHICAGO
APR 12 2006

I, TERRY MASON M.D., LOCAL REGISTRAR OF VITAL STATISTICS OF THE CITY OF CHICAGO, DO HEREBY CERTIFY THAT I AM THE KEEPER OF THE RECORDS OF BIRTHS, STILLBIRTHS AND DEATHS FOR THE CITY OF CHICAGO BY VIRTUE OF THE LAWS OF THE STATE OF ILLINOIS AND THE ORDINANCES OF THE CITY OF CHICAGO; THAT THE ACCOMPANYING CERTIFICATE ON THIS SHEET IS A TRUE COPY OF A RECORD KEPT BY ME IN ORDINANCE OF SAID LAW AND ORDINANCES.

REDACTED

LOCAL REGISTRAR

THIS CERTIFICATE COPY VALID WHEN MULTICOLOR SIGNATURE SEAL IS AFFIXED.

CITY OF CHICAGO
DEPARTMENT OF PUBLIC HEALTH

EXHIBIT **B**

**07 C 6995**