**TO:** Met Life Claims Department 401-827-2225

**FROM:** Ginger Wiley - 312-324-7161

        708-841-0475

Two pages including cover sheet

Thank You



Attention: Claims Department
April 18, 2006

I am writing to inform Met Life that I suspect there may have been fraud involved with respect to the life insurance policy of Peggy Goodman (deceased).

I was informed by a family member on April 17, 2006, that Mrs. Goodman listed three grandchildren as beneficiaries. I am the parent and legal guardian of two of the children.

Jillian Margaret Peggy Goodman ' and J

I am writing to request an investigation into this claim. Mrs. Peggy Goodman was not in the physical or mental condition required to request these changes. She returned to Illinois from Nevada and was in the custody of her daughter Tarish Morris. Mrs. Morris denied the grandchildren phone and physical contact with their Grandmother until she was no longer able to speak. The children were allowed to visit at my insistence on April 2, 2006. We were called later that evening and informed of her death. I called Mrs. Morris on April 4, 2006 to request information regarding funeral services and it was at this time that she informed me her Mother was actually on life support. She stated that the kids did not need to see their Grandmother in her current condition and refused to tell us what hospital Mrs. Peggy Goodman was admitted to.

Mrs. Peggy Goodman signed a DNR order in the state of Nevada. She made it clear to all family members that she was not to be kept alive by artificial means in the event of her death. Mrs. Tarish Morris claimed that she allowed her Mother to be placed on life support so family members could say goodbye. She informed the family that she would allow them until Thursday April 6, 2006 to see her rs. Goodman in the hospital, but she removed life support a day earlier preventing many from seeing her Mother.

I feel this was a tactic used to ensure the changes to the Met Life policy were completed by Met Life before her Mother was officially declared dead.

I am requesting that Met Life thoroughly investigate this claim for benefits due to the unusual circumstances involved.

"OFFICIAL SEAL"
IRIS L. GONZALEZ
Notary Public, State of Illinois
My Commission Expires April 8, 2007

Sincerely,

Ginger V. Wiley
14524 State Street
Riverdale IL, 60827
708-841-0475 hm
312-324-7161 wk

**REDACTED**