**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Metropolitan Life Insurance Company
                                                            Plaintiff,

v.                                                          Case No.: 1:07−cv−06995
                                                            Honorable James B. Moran

Tarish White Morris, et al.
                                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 28, 2008:

   MINUTE entry before Judge James B. Moran :Status hearing held on 2/28/2008 and continued to 5/8/2008 at 09:15 AM. Plaintiff granted leave to file redacted complaint under seal.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.