UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY** <br><br> PLAINTIFF(S) <br><br> vs. <br><br> **TARISH WHITE MORRIS; MELVIN WHITE; JILLIAN M. GOODMAN; AND J.G., a minor** <br><br> DEFENDANT(S) | Case No. <br> 07 C 6995 <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT FOR INTERPLEADER** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Mar 17, 2008**, at **2:10 PM**, I served the above described documents upon **MELVIN WHITE** as shown below:

**ABODE SERVICE** was made by leaving copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein: **SANDRA HUBBARD / FIANCEE**.

Said service was effected at **59 E MAIN ST, KITTRELL, NC 27544**.

**DESCRIPTION:**   Gender: **F**   Race: **BLACK**   Age: **48**   Hgt: **5'3"**   Wgt: **140**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_Ray W. Harris Sr._
Raymond W. Harris Sr., Lic #: North Carolina PI #3344
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 17th day of March, 2008

_Patricia Maxey_
NOTARY PUBLIC
My commission expires: 12/16/2011

| CLIENT NAME: <br> Mandell Menkes LLC* <br> FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING # <br> 37162 |