UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br><br>PLAINTIFF(S)<br><br>vs.<br><br>TARISH WHITE MORRIS; MELVIN WHITE; JILLIAN M. GOODMAN; AND J.G., a minor<br><br>DEFENDANT(S) | Case No.<br>07 C 6995<br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT FOR INTERPLEADER |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Mar 15, 2008**, at **12:28 PM**, I served the above described documents upon **TARISH WHITE MORRIS** as shown below:

**ABODE SERVICE** was made by leaving copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein: **TARISH MORRIS / DAUGHTER** .

Said service was effected at **8719 S DORCHESTER, CHICAGO, IL 60619.**

**DESCRIPTION:**   Gender: **F**   Race: **BLACK**   Age: **21**   Hgt: **5'3"**   Wgt: **170**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
**Barry A Savage**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 17th day of March, 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

CLIENT NAME:
Mandell Menkes LLC*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
37161