UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY<br><br>PLAINTIFF(S)<br><br>vs.<br><br>TARISH WHITE MORRIS; MELVIN WHITE; JILLIAN M. GOODMAN; AND J.G., a minor<br><br>DEFENDANT(S) | Case No.<br>07 C 6995<br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT FOR INTERPLEADER |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Mar 17, 2008**, at **9:22 PM**, I served the above described documents upon **JILLIAN M. GOODMAN** as shown below:

**ABODE SERVICE** was made by leaving copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein: **GINGER WILEY / MOTHER**.

Said service was effected at **14524 S STATE STREET, RIVERDALE, IL 60827**.

**DESCRIPTION:**   Gender: **F**   Race: **BLACK**   Age: **45**   Hgt: **5'8"**   Wgt: **200**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Robert Harenberg, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 18th day of March, 2008

*[signature]*

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

NOTARY PUBLIC

| CLIENT NAME:<br>Mandell Menkes LLC*<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>37163 |