# STATE OF ILLINOIS
# MEDICAL CERTIFICATE OF DEATH

*[Certificate rotated 90°; key fields transcribed below]*

- STATE FILE NUMBER: 6605130
- 1. DECEASED NAME: Peggy (First) Goodman (Last)
- 4. COUNTY OF DEATH: Cook
- 5a. SEX: Female
- 5b. DATE OF BIRTH: [redacted]
- 5d. DATE OF DEATH: April 05, 2006
- 6a. HOSPITAL OR OTHER INSTITUTION: Advocate Trinity Hospital
- 6c. IF HOSP: Inpatient
- 6b. CITY: Chicago
- 7. MARITAL STATUS: Widowed
- 8a. SOCIAL SECURITY NUMBER: [redacted]
- 8b. USUAL OCCUPATION: (blank)
- 9. KIND OF BUSINESS OR INDUSTRY: Retail
- 11a. RESIDENCE: [redacted]
- 11b. CITY: Chicago
- 13a. STATE: Illinois
- 13b. ZIPCODE: 60619
- 13c. INSIDE CITY: Yes
- 13d. COUNTY: Cook
- 14a. BIRTHPLACE: MS
- 14b. RACE: Black
- 15. FATHER'S NAME: Hernando Bates
- 16. MOTHER'S MAIDEN NAME: Georgia Toliver Boone
- 17a. INFORMANT'S NAME: Patricia Sifuentes
- 17b. RELATIONSHIP: Adm. Clerk
- 17c. MAILING ADDRESS: Med Rec 2320 E 93rd St Chicago IL 60617
- PART I. CAUSE OF DEATH: (signatures/handwriting)
- 21a. TO THE BEST OF MY KNOWLEDGE... (signed)
- 21b. WAS CORONER NOTIFIED: NO
- 21c. DATE SIGNED: 04/08/2006
- 22a. NAME: Jeff Contario MD
- 23. BURIAL, CREMATION, REMOVAL: Burial
- 24a. CEMETERY: Mt. Hope Cemetery
- 24b. LOCATION: Chicago
- 24c. STATE: Illinois
- 24d. DATE: 04/08/2006
- 25a. FUNERAL DIRECTOR'S SIGNATURE
- 25b. FUNERAL HOME: Carter Funeral Chapel, 2100 East 75th Street, Chicago, Illinois 60649
- 26. DATE FILED BY LOCAL REGISTRAR: APR 12 2006
- 26b. FUNERAL DIRECTORS ILLINOIS LICENSE NUMBER: 25034-011821

---

STATE OF ILLINOIS
COUNTY OF COOK
CITY OF CHICAGO
APR 12 2006

I, TERRY MASON M.D., LOCAL REGISTRAR OF VITAL STATISTICS OF THE CITY OF CHICAGO, DO HEREBY CERTIFY THAT I AM THE KEEPER OF THE RECORDS OF BIRTHS, STILLBIRTHS AND DEATHS FOR THE CITY OF CHICAGO BY VIRTUE OF THE LAWS OF THE STATE OF ILLINOIS AND THE ORDINANCES OF THE CITY OF CHICAGO; THAT THE ACCOMPANYING CERTIFICATE ON THIS SHEET IS A TRUE COPY OF A RECORD KEPT BY ME IN ORDINANCE OF SAID LAW AND ORDINANCES.

*(signed)* Terry Mason, M.D., LOCAL REGISTRAR

THIS CERTIFICATE COPY VALID WHEN MULTICOLOR SIGNATURE SEAL IS AFFIXED.

EXHIBIT B

CITY OF CHICAGO
DEPARTMENT OF PUBLIC HEALTH

REDACTED
JUDGE MORAN
MAGISTRATE JUDGE NOLAN

07 C 6995