07 C 6995

JUDGE MORAN
MAGISTRATE JUDGE NOLAN

JAN 1 9 2005

## Change of Beneficiary By Insured

**MetLife**
Customer Service Center

Use this form only if the Insured is the Policyowner.
Do not use this form for a Joint Life Policy Survivorship Whole Life Policy or to change the beneficiary of a rider
Please Print or Type Information.

Policy Number(s)   906 330155   UL   (eff)

Insured   PEGGY   GOODMAN

| Has your name changed? If so check reason: ☐ Marriage ☐ Divorce ☐ Correction ☐ Naturalization ☐ Court Order |
|---|
| Print new name: |
| (Prefix)        (First)        (Middle)        (Last)        (Suffix) |

**IMPORTANT NOTE:** If any Beneficiary or Contingent Beneficiary is a minor at the time of the Insured's death, MetLife may not be able to make payment until a guardian of the estate of the minor has been appointed.

I revoke any previous designation of Beneficiary and Contingent Beneficiary under the above policy and any previous election of an optional mode of settlement (optional income plan) that applies to any amount payable under the policy in the event of my death

A    I name the following Revocable Beneficiary(ies) to receive any amount payable under the policy in the event of my death:

| Individual's Name | Prefix | First | Middle | Last | Suffix | Share % (Leave blank for equal distribution) |
|---|---|---|---|---|---|---|
| | | MELVIN | P | WHITE | | 40 |

| Date of Birth | SSN/EIN | Gender ☒ Male ☐ Female | Relationship to Insured  GRAND CHILD |
|---|---|---|---|

| ☐ Primary Residence ☐ Business ☐ Mailing ☐ Other | Street | City  Kittrell, NC | State | Zip Code | If Foreign:  Province/Territory   Country |
|---|---|---|---|---|---|

Home Phone (252) 438-6246    E-Mail Address    Country of Citizenship USA
Business Phone & Ext. (    )

| Individual's Name | Prefix | First | Middle | Last | Suffix | Share % (Leave blank for equal distribution) |
|---|---|---|---|---|---|---|
| | | JILLIAN | M. | GOODMAN | | 30 |

| Date of Birth | SSN/EIN | Gender ☐ Male ☒ Female | Relationship to Insured  GRAND DAUGHTER |
|---|---|---|---|

| ☐ Primary Residence ☐ Business ☐ Mailing ☐ Other | Street | City | State | Zip Code | If Foreign:  Province/Territory   Country |
|---|---|---|---|---|---|

Home Phone (708) 841-0475    E-Mail Address    Country of Citizenship USA
Business Phone & Ext. (    )

| Individual's Name | Prefix | First | Middle | Last | Suffix | Share % (Leave blank for equal distribution) |
|---|---|---|---|---|---|---|
| | | | | | | 30 |

| Date of Birth | SSN/EIN | Gender ☐ Male ☒ Female | Relationship to Insured  GRAND DAUGHTER |
|---|---|---|---|

| ☐ Primary Residence ☐ Business ☐ Mailing ☐ Other | Street | City | State | Zip Code | If Foreign:  Province/Territory   Country |
|---|---|---|---|---|---|

Home Phone (708) 841-0475    E-Mail Address    Country of Citizenship USA
Business Phone & Ext. (    )

| Individual's Name | Prefix | First | Middle | Last | Suffix | Share % (Leave blank for equal distribution) |
|---|---|---|---|---|---|---|
| | | | | | | |

| Date of Birth  /  / | SSN/EIN | Gender ☐ Male ☐ Female | Relationship to Insured |
|---|---|---|---|

| ☐ Primary Residence ☐ Business ☐ Mailing ☐ Other | Street | City | State | Zip Code | If Foreign:  Province/Territory   Country |
|---|---|---|---|---|---|

Home Phone (    )    E-Mail Address    Country of Citizenship
Business Phone & Ext. (    )

If you wish to designate more than 4 Revocable Beneficiaries, contact the MetLife Beneficiary & Ownership Unit for a form which can be used to accommodate this request.

Initial form here **and** sign on last page ——→    PG    1/12/05
                                          Insured's Initials    Date

EXHIBIT
D

REDACTED

Policy Number(s) __9 0 6 3 3 0 1 5 5   VL__     Insured __PEGGY   GOODMAN__

**B**   If all the Beneficiaries named above shall predecease me, I name the following Revocable Contingent Beneficiary(ies) to receive any amount payable under the policy in the event of my death:

| Individual's Name | Prefix | First | Middle | Last | Suffix | Share % (Leave blank for equal distribution) |
|---|---|---|---|---|---|---|
| | | GARY | | GOODMAN | | 50 |

| Date of Birth | SSN/EIN | Gender | Relationship to Insured |
|---|---|---|---|
| | | ☒ Male  ☐ Female | ~~GRANDSON~~ SON |

| ☐ Primary Residence   Street | City | State | Zip Code | If Foreign:   Province/Territory   Country |
|---|---|---|---|---|
| ☐ Business  ☐ Mailing  ☐ Other | | | | |

| Home Phone (702) 399-3219 | E-Mail Address | Country of Citizenship |
|---|---|---|
| Business Phone & Ext. ( ) | | USA |

| Individual's Name | Prefix | First | Middle | Last | Suffix | Share % (Leave blank for equal distribution) |
|---|---|---|---|---|---|---|
| | | PATON | | GOODMAN | | 50 |

| Date of Birth | SSN/EIN | Gender | Relationship to Insured |
|---|---|---|---|
| | | ☒ Male  ☐ Female | SON |

| ☐ Primary Residence   Street | City | State | Zip Code | If Foreign:   Province/Territory   Country |
|---|---|---|---|---|
| ☐ Business  ☐ Mailing  ☐ Other | | | | |

| Home Phone (702) 699-9484 | E-Mail Address | Country of Citizenship |
|---|---|---|
| Business Phone & Ext. ( ) | | USA |

| Individual's Name | Prefix | First | Middle | Last | Suffix | Share % (Leave blank for equal distribution) |
|---|---|---|---|---|---|---|
| | | | | | | |

| Date of Birth | SSN/EIN | Gender | Relationship to Insured |
|---|---|---|---|
| /   / | | ☐ Male  ☐ Female | |

| ☐ Primary Residence   Street | City | State | Zip Code | If Foreign:   Province/Territory   Country |
|---|---|---|---|---|
| ☐ Business  ☐ Mailing  ☐ Other | | | | |

| Home Phone ( ) | E-Mail Address | Country of Citizenship |
|---|---|---|
| Business Phone & Ext. ( ) | | |

| Individual's Name | Prefix | First | Middle | Last | Suffix | Share % (Leave blank for equal distribution) |
|---|---|---|---|---|---|---|
| | | | | | | |

| Date of Birth | SSN/EIN | Gender | Relationship to Insured |
|---|---|---|---|
| /   / | | ☐ Male  ☐ Female | |

| ☐ Primary Residence   Street | City | State | Zip Code | If Foreign:   Province/Territory   Country |
|---|---|---|---|---|
| ☐ Business  ☐ Mailing  ☐ Other | | | | |

| Home Phone ( ) | E-Mail Address | Country of Citizenship |
|---|---|---|
| Business Phone & Ext. ( ) | | |

| Individual's Name | Prefix | First | Middle | Last | Suffix | Share % (Leave blank for equal distribution) |
|---|---|---|---|---|---|---|
| | | | | | | |

| Date of Birth | SSN/EIN | Gender | Relationship to Insured |
|---|---|---|---|
| /   / | | ☐ Male  ☐ Female | |

| ☐ Primary Residence   Street | City | State | Zip Code | If Foreign:   Province/Territory   Country |
|---|---|---|---|---|
| ☐ Business  ☐ Mailing  ☐ Other | | | | |

| Home Phone ( ) | E-Mail Address | Country of Citizenship |
|---|---|---|
| Business Phone & Ext. ( ) | | |

If you wish to designate more than 5 Revocable Contingent Beneficiaries, contact the MetLife Beneficiary & Ownership Unit for a form which can be used to accommodate this request.

Initial form here **and** sign on last page ⟶  Insured's Initials _____     Date _1/12/05_

093 1 (3/03)                    Page 2 of 3, Incomplete without page 1 and 3

**REDACTED**

Policy Number(s) **906330155** _VL_    Insured **PEGGY GOODMAN**

C. ☐    Check box only if the current spouse of the insured is named as beneficiary in Section A (above) and all children (present and future) born of the marriage of the insured and said spouse are to be included as contingent beneficiaries. If so, the names, addresses and dates of birth of all existing children are to be listed in Section B (above). Any child not born of the marriage of the insured and said spouse, who is to be included as contingent beneficiary, must be named in Section B.

I agree that any decision MetLife makes in determining unnamed contingent beneficiaries based upon written evidence acceptable to MetLife, will be final

If multiple Beneficiaries or Contingent Beneficiaries are named above, payment will be made in equal shares or all to the survivor, unless otherwise specified. If box C (above) is checked, the shares of all contingent beneficiaries shall be equal. The share of any Beneficiary or Contingent Beneficiary who shall predecease me will be divided among the surviving beneficiaries in proportion to their interest with all to the survivor if there is no survivor, then payment shall be made to my estate

Any payment by MetLife in good faith pursuant to the foregoing designation shall fully discharge MetLife of its liability under the policy

I understand that this change shall be binding on MetLife only after it has been recorded and filed in the MetLife Home Office or Customer Service Center. Once recorded, the change will be effective as of the date signed below

I understand that some policies may provide that a change of beneficiary must be endorsed upon the policy. In completing this form, I consent and request that MetLife may in its discretion waive any such provision requiring endorsement for this and any future change. I consent and request that if the policy does not contain a beneficiary provision that MetLife may pay any amount payable upon my death in accordance with this direction

By signing below, I certify that I have read the information on both pages of this form and that I am in agreement with it

MetLife means the Metropolitan Life Insurance Company or any of its affiliates

| _Paton Goodman_ | _Peggy Goodman_ | _1/12/05_ |
|---|---|---|
| Witness: | Signature of Insured | Date |
| **PATON GOODMAN** | **PEGGY** **GOODMAN** | |
| Print Name | Print Name (Prefix   First   Middle   Last   Suffix) | |

To be completed by the insured

| ☐ Primary Residence | Street | City | State | Zip Code | If Foreign: | Province/Territory | Country |
|---|---|---|---|---|---|---|---|
| ☐ Business | | | | | | | |
| ☐ Mailing | | | | | | | |
| ☐ Other | | | | | | | |
| Home Phone ( 702 ) 599 - 9484 | | E-Mail Address | | | Country of Citizenship _US_ | | |
| Business Phone & Ext. (     ) | | | | | | | |

**Approved vjones2 January 20, 2005**

Submitting Sales Office/Number/Agency

093 I (3/03)    Page 3 of 3, incomplete without page 1 and 2

REDACTED

Case 1:07-cv-06995    Document 15-5    Filed 06/03/2008    Page 6 of 6