**07 C 6995**

JUDGE MORAN
MAGISTRATE JUDGE NOLAN

EXHIBIT E

**MetLife** | **NEF NEW ENGLAND FINANCIAL** A MetLife Affiliate | **GenAmerica FINANCIAL** A MetLife Affiliate

For Company use only:
Branch/District and Agency Numbers _____ / _____
Payment Direction (circle one): Payee  Branch/District  Broker

## Individual Life Death Claim Form

In order to process your claim as quickly as possible we need some information about you and the insured. Please submit the insurance policies, and an official certified copy of the death certificate with the claim form. Each claimant must submit his or her own claim form. Only one certified copy of the death certificate must be submitted.

### A. Insured Information

Name **PEGGY GOODMAN**    Date of Death **3-5-06**

Please list all life insurance policy numbers on which you are filing claim
**906 330 155 UL**

All policies listed above (except those where claim is being made under a Waiver of Premium rider) should be submitted with your claim.
If policies are not attached, please state why: _____

Address _____ (Number, Street Name, Apt/Box # (if any), City, State, Zip)

Marital Status: Single ___ Married ___ Widow/Widower **X** Separated ___ Divorced ___

Date of Birth **9-1-1928**    Place of Birth _____

Is Claim being made for Accidental Death Benefits? Yes ___ No ___ (If yes, please refer to the Additional Information on page 6.)

If you would like us to check for additional life insurance coverage with MetLife or with one of our affiliates listed above, please be sure to complete Section G of the claim form on page 4.

### B. Claimant Information

Name **Tariah Wht. Morris**    Date of Birth _____    Sex: Male ___ Female **✓**

Social Security or Trust/Estate Identification Number or Social Security Number of any minor child: _____

Phone Number (in case we need to contact you). Day ( __ ) _____    Evening ( __ ) _____

Address _____ (Number, Street Name, Apt/Box # (if any), City, State, Zip)

Your relationship to the insured  Husband/Wife ___ Child **X** Other _____ (Explain)

E-mail Address (if available) _____

### C. Claimant Signature & Tax Certification

Your Social Security or Trust/Estate Identification Number or Social Security Number of the minor child: _____
If you are claiming on behalf of a minor child, please provide the child's name, address, and telephone number

Under the penalties of perjury I certify:

1) That the number shown above is the correct taxpayer identification number; and 2) That I am not subject to backup withholding and have not been notified by the IRS. *(If you have been so notified as a result of a failure to report all interest and dividend income, cross out and initial item 2. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications to avoid backup withholding).*

Sign Here _____  Date _____

Your Signature

Witness' Signature _____  Date _____

Print Witness' Name _____  Witness' Address _____

GenAmerica Financial Corporation
MetLife Investors USA Insurance Company
Metropolitan Life Insurance Company
Metropolitan Insurance and Annuity Company
Metropolitan Tower Life Insurance Company
New England Financial

**REDACTED**