Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101



**Diane E. Cifu**
Senior Legal Assistant
Law Department
Tel 212 578-9235   Fax 212 578-3916

March 15, 2007

*Via Facsimile and Regular Mail*

Marcus C. Marsden, Jr.
Attorney at Law
P.O. Box 1778
Fort Worth, Texas 76101

Re:   *First National, Ltd., Creditor*
      *Policy Number 906 330 155 UL*
      *Insured — Peggy Goodman*
      *Amount Due: $9,702.20*

Dear Mr. Marsden:

We have reviewed this matter and have been in contact with Mike Engler of First National, Ltd. MetLife is in receipt of adverse claims for the proceeds of the policy on the life of Peggy Goodman. Specifically at issue is the $2,000.00 cash advance provided to Tarish Morris by Carter Funeral Home (copy of the invoice attached). Until such time as the matter can be resolved by the adverse claimants, MetLife will be issuing a payment to First National, Ltd. in the amount of $7,702.20.

Please contact me if you have any questions.

Very truly yours,


Diane E. Cifu

DC:ss
Attachment

