# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

METROPOLITAN LIFE INSURANCE COMPANY,

v.

TARISH WHITE MORRIS; MELVIN WHITE; JILLIAN M. GOODMAN; J.G., a minor; and FIRST NATIONAL, LTD.

Case Number: 07-CV-06995

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FIRST NATIONAL, LTD.

FILED
Aug 5, 2008
AUG 05 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | RAYMOND P. SCHMITZ, JR. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ [signature] |
| FIRM | THE LAW OFFICES OF RAYMOND P. SCHMITZ, JR. |
| STREET ADDRESS | 100 N. LASALLE, SUITE 812 |
| CITY/STATE/ZIP | CHICAGO, ILLINOIS 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ARDC # 6211457 | TELEPHONE NUMBER 312-332-3436 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [x]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [x] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ]  NO [x] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [x]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]  APPOINTED COUNSEL [ ] | |