**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Metropolitan Life Insurance Company
                                               Plaintiff,

v.                                                                                    Case No.: 1:07−cv−06995
                                                                                         Honorable James B. Moran

Tarish White Morris, et al.
                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

       MINUTE entry before the Honorable James B. Moran:Status hearing held on 8/13/2008 and continued to 9/16/2008 at 09:15 AM. Any claimant who is seeking recovery as a beneficiary in this case must file a statement of evidence along with documentation and submit it to the Court stating their claim in this case before 9/16/2008. Also, the parties must be present at the status hearing on 9/16/2008 or case may be dismissed for want of prosecution. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.