*Metropolitan Life Ins Co*
*vs*
*Tarish W. Morris, et al*

Case# 07 C 6995

August 17, 2008

*Judge MORAN*

Dear Judge Moran,

I am Juliana Desiree La'Rue Goodman. My grandmother was Peggy Goodman. She left an insurance policy for me, my sister and my cousin. She told me and my sister to use the money she left us for school.

My Aunt Tarish was jealous of the relationship we shared with my grandmother. I believe this is the reason why she is trying to take the insurance money for herself. My grandmother left the money to us because she knew we would need it.

I believe my Aunt Tarish is angry with my father Paton and she feels that this is a way to get back at him. My Father and Aunt do not get along and I think she is angry my grandmother put our names on her life insurance policy and not her children's names.

I feel the insurance money should be given to me, my sister Jill and my cousin Melvin because this is what my grandmother said she would do. This is what she wanted.

Thank You,

*Juliana Goodman*

**FILED**

AUG 2 1 2008
*8-21-2008*
Judge James B. Moran
United States District Court

*14524 State St.*
*Riverdale, IL 60827*

2008 AUG 21 PM 4:02
U.S. DISTRICT COURT
CLERK
FILED-FCM