IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 07-cv-06995<br>) |
| TARISH WHITE MORRIS; MELVIN WHITE; JILLIAN M. GOODMAN; J.G., a minor; and FIRST NATIONAL, LTD., | )<br>)<br>)<br>) |
| Defendants. | ) |

### NOTICE OF MOTION

TO:   Tarish White Morris                                Melvin White
      8719 South Dorchester                              59 East Main Street
      Chicago, IL 60619                                  Kitrell, NC 27544

      The Legal Guardian of Julliana Goodman             Raymond P. Schmitz Jr.
      14524 South State Street                           Law Offices of Raymond P. Schmitz, Jr.
      Riverdale, IL 60827                                100 North LaSalle Street, Suite 812
                                                         Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **September 16, 2008** at **9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Moran, in Room 1843 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Plaintiff's *Motion for Final Decree of Interpleader*, at which time you may appear.

                              Metropolitan Life Insurance Company

                              By:    /s/ Keith E. Allen
                                     One of Its Attorneys

Steven P. Mandell, #6183729
Keith E. Allen, #6271854
MANDELL MENKES LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
Telephone: (312) 251-1000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused to be served a true and correct copy of *Plaintiffs' Motion for Final Decree of Interpleader* and *Final Decree of Interpleader* upon:

| | |
|---|---|
| Tarish White Morris<br>8719 South Dorchester<br>Chicago, IL 60619 | Melvin White<br>59 East Main Street<br>Kitrell, NC 27544 |
| The Legal Guardian of Julliana Goodman<br>14524 South State Street<br>Riverdale, IL 60827 | Raymond P. Schmitz, Jr.<br>Law Offices of Raymond P. Schmitz, Jr.<br>100 North LaSalle Street, Suite 812<br>Chicago, IL 60602 |

via U. S. First Class Mail this 15th day of September, 2008 and hand delivery on September 16, 2008.

By:   /s/ Keith E. Allen
           Keith E. Allen

172074                                    2